PHILIP R. LEMPRIERE, CASB No. 143613
philip.lempriere@kyl.com
JOHN COX, CASB No. 197687
john.cox@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
1301 Fifth Avenue, Suite 1515
Seattle, Washington 98101
Telephone: (206) 622-3790
Facsimile: (206) 343-9529

Attorneys for Defendant
LIBERTY MARITIME CORPORATION

RECEIVED SEP 30 2009

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

ABDULHAMID FAREH MUSAED,

Plaintiff,

vs.

LIBERTY MARITIME CORPORATION; MASTER J. MICHAEL RUSSELL III; MV LIBERTY GRACE, her engines, tackle, apparel, furniture, and appurtenances, and DOES 1 through 20, inclusive,

Defendant.

Case No. CV 09-1689 CRB

**STIPULATION DISMISSING ACTION WITH PREJUDICE**

**Fed. R. Civ. P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED by and between Plaintiff ABDULHAMID FAREH MUSAED ("Plaintiff") and Defendant LIBERTY MARITIME CORPORATION ("Defendant"), by and through their respective counsel of record, that the above-

//

//

//

//

//

captioned action be dismissed in its entirety with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), without costs, interest, or attorneys' fees to any party.

DATED: September 29, 2009

PHILIP R. LEMPRIERE
JOHN COX
KEESAL, YOUNG & LOGAN
Attorneys for Defendant

DATED: Oct 13, 2009

EDWARD BULL, III, ESQ.
~~BANNING MICKLOW & BULL LLP~~
Attorneys for Plaintiff
BRODSKY MICKLOW BULL & WEISS LLP

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Charles R. Breyer
NORTHERN DISTRICT OF CALIFORNIA